## Perrott v. Reda (et al., Appellant).

Argued November 8, 1971. *Cosmos J. Reale,* for appellant; *Joseph M. Maurizi,* with him *Suto, Power, Balzarini & Walsh,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.